Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy
**04/25**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **IKPM Pet Supply LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **Pet Supplies Plus** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 6 – 3 7 5 4 6 0 1** |

**4. Debtor's address**

**Principal place of business**

**350 Promeenade Way #400**
Number        Street

**Sugar Land, TX 77478**
City                          State      ZIP Code

**Fort Bend**
County

**Mailing address, if different from principal place of business**

Number        Street

City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

**2310 Falcon Brook Drive**
Number        Street

**Katy, TX 77494**
City                          State      ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | **www.petsuppliesplus.com** |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **IKPM Pet Supply LLC**                                    Case number *(if known)* _____
        Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❏ Railroad (as defined in 11 U.S.C. §101(44))

❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❏ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

❏ Tax-exempt entity (as described in 26 U.S.C. §501)

❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
  **4   5   9   9**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❏ Chapter 7

❏ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ❏ A plan is being filed with this petition.

  ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❏ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

❏ Yes. District _____ When _____ Case number _____
                       MM / DD / YYYY

     District _____ When _____ Case number _____
                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

❏ Yes. Debtor _____ Relationship _____

     District _____ When _____
                                 MM / DD / YYYY

     Case number, if known _____

Debtor    **IKPM Pet Supply LLC**                                    Case number *(if known)*
                Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐   It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>    What is the hazard? _____<br>    _____<br><br>☐   It needs to be physically secured or protected from the weather.<br>☐   It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐   Other _____<br><br>**Where is the property?** _____<br>    Number        Street<br>    _____<br>    _____<br>    City                                State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>            Contact name  _____<br>            Phone         _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99        ☐ 1,000-5,000  ☐ 5,001-10,000        ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999        ☐ 10,001-25,000        ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000                ☐ $1,000,001-$10 million            ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000          ☐ $10,000,001-$50 million           ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000         ☐ $50,000,001-$100 million          ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million       ☐ $100,000,001-$500 million         ☐ More than $50 billion |

Debtor    **IKPM Pet Supply LLC**                                    Case number *(if known)*
      Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **05/22/2026**
      MM/  DD/  YYYY

**X**  **/s/ Indrani Karthikeyan**                              **Indrani Karthikeyan**
   Signature of authorized representative of debtor        Printed name

**Managing Member of IKPM Pet Supply LLC**
Title

**18. Signature of attorney**

**X**  _____**/s/ Vicky M. Fealy**_____    Date  **05/22/2026**
   Signature of attorney for debtor                         MM/  DD/  YYYY

**Vicky M. Fealy**
Printed name

**The Fealy Law Firm, PC**
Firm name

**1235 North Loop West Suite 1120**
Number          Street

**Houston**                                          **TX**          **77008**
City                                                 State        ZIP Code

**(713) 526-5220**                                   **vfealy@fealylawfirm.com**
Contact phone                                        Email address

**06870120**                                         **TX**
Bar number                                           State

Fill in this information to identify the case:

Debtor name      **IKPM Pet Supply LLC**

United States Bankruptcy Court for the:

     **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim: If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Customers Bank<br>40 General Warren Blvd, Malvern, PA 19355 | | SBA Loan - Secured by Investment Property | | $828,000.00 | $452,575.00 | $573,094.67 |
| 2 | Customers Bank<br>40 General Warren Blvd, Malvern, PA 19355 | | Business Loan | | | | $249,500.00 |
| 3 | Ondeck<br>4700 W. Daybreak Parkway #200 Arlington, VA 84009 | | Business Loan | | | | $127,200.59 |
| 4 | Karthikeyan Patchamuthu<br>1515 Ralston Branch Way Sugar Land, TX 77479 | | Business Loan | | | | $126,000.00 |
| 5 | Chase<br>Card Member Services PO Box 1423 Charlotte, NC 28201 | | Credit Card | | | | $61,297.76 |
| 6 | Chase<br>Card Member Services PO Box 1423 Charlotte, NC 28201 | | Credit Card | | | | $45,839.32 |
| 7 | Petronia Holdings<br>9135 Elizabeth Road Houston, TX 77055 | | Business Lease Arrears | | | | $28,116.66 |
| 8 | American Express<br>PO Box 6031 Carol Stream, IL 60197 | | Credit Card | | | | $9,003.57 |

Debtor    **IKPM Pet Supply LLC**        Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Fort Bend County TAC<br>1317 Eugene Herman Circle<br>Richmond, TX 77469 | | Business Personal Property Taxes | Disputed | $10,000.00 | $9,660.00 | $340.00 |
| American Express<br>PO Box 6031<br>Carol Stream, IL 60197 | | Credit Card | | | | $95.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Southern District of Texas

**In re**     IKPM Pet Supply LLC

Case No. _____

**Debtor**                                        Chapter _____ **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ..................................................................................... **$16,738.00**

Prior to the filing of this statement I have received ....................................................................... **$16,738.00**

Balance Due ....................................................................................................................................... **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/25)

<div style="border: 1px solid black; padding: 10px;">

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **05/22/2026** | **/s/ Vicky M. Fealy** |
| *Date* | Vicky M. Fealy |
| | *Signature of Attorney* |

<div style="text-align: right;">

Bar Number: 06870120
The Fealy Law Firm, PC
1235 North Loop West Suite 1120
Houston, TX 77008
Phone: (713) 526-5220

</div>

**The Fealy Law Firm, PC**
*Name of law firm*

</div>

Date:   **05/22/2026**                        **/s/ Indrani Karthikeyan**

                                                     *Indrani Karthikeyan*

American Express
PO Box 6031
Carol Stream, IL 60197

Chase
Card Member Services
PO Box 1423
Charlotte, NC 28201

Customers Bank
40 General Warren Blvd,
Malvern, PA 19355

Fort Bend County TAC
1317 Eugene Herman Circle
Richmond, TX 77469

IKMP Management Inc.
1515 Ralston Branch Way
Sugar Land, TX 77479

IKPM Holdings LP
1515 Ralston Branch Way
Sugar Land, TX 77479

IKPM Pet Supply LLC
350 Promeenade Way #400
Sugar Land, TX 77478

Karthi Patchamuthu
1515 Ralston Branch Way
Sugar Land, TX 77479

Karthikeyan Patchamuthu
1515 Ralston Branch Way
Sugar Land, TX 77479


Indrani Karthikeyan
1515 Ralston Branch Way
Sugar Land, TX 77479


Ondeck
4700 W. Daybreak Parkway #200
Arlington, VA 84009


Karthikeyan Patchamuthu
1515 Ralston Branch Way
Sugar Land, TX 77479


Pet Supplies Plus
17197 N. Laurel Park Dr.
Livonia, MI 48152


Petronia Holdings
9135 Elizabeth Road
Houston, TX 77055


Petronia Holdings
1915 Parklake Village Dr.
Katy, TX 77450


PHH Mortgage
Attn: Bankruptcy
PO Box 5452
Mount Laurel, NJ 08054

The Fealy Law Firm, PC
1235 North Loop West Suite 1120
Houston, TX 77008

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **IKPM Pet Supply LLC**                          CASE NO

                                                       CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **05/22/2026**        Signature _____**/s/ Indrani Karthikeyan**_____

                              Indrani Karthikeyan, Managing Member of IKPM Pet Supply LLC

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:                                                                    CHAPTER  **11**
**IKPM Pet Supply LLC**

DEBTOR(S)                                                                 CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **IKPM Holdings, LP** 1515 Ralston Branch Way Sugar Land, TX 77479 | Member | 100 | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **Managing Member of IKPM Pet Supply LLC** _____ of the _____ **Nonpublic Corporation** _____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **05/22/2026** _____      Signature: **/s/ Indrani Karthikeyan** _____
*Indrani Karthikeyan, Managing Member of IKPM Pet Supply LLC*